Derrick Gray
FULL NAME

COMMITTED NAME (if different)

PO Box 5500 Building 4 Cell 207
FULL ADDRESS INCLUDING NAME OF INSTITUTION
Wasco CA 93280

AV8092
PRISON NUMBER (if applicable)

FILED

2017 JUN 16 AM 11:06

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY ________

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

EDCV17-01186 PA(KS)

| | |
|---|---|
| Derrick Gray PLAINTIFF,<br>v.<br>South West Detention Center<br>Riverside County Jail System DEFENDANT(S). | CASE NUMBER ~~ED-16-CV-01360-AG~~<br>*To be supplied by the Clerk*<br><br>**CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)*<br>☐ 42 U.S.C. § 1983<br>☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

**A. PREVIOUS LAWSUITS**

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? ________

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

The Description is toilets in South West section B4 2014 & Robert Presly, Riverside, 5th Floor toilets were clogging, spewing up urine & bile from other cells flushing their toilets, causing me (individuals) celled in the cells to clean up the mess with no institutional or staff assistance, chemical aid, or plumbers issued to solve the problem.

a. Parties to this previous lawsuit:
Plaintiff ______________________________

______________________________

Defendants ______________________________

______________________________

b. Court ______________________________

______________________________

c. Docket or case number ______________________________

d. Name of judge to whom case was assigned ______________________________

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) ______________________________

f. Issues raised: ______________________________

______________________________

______________________________

g. Approximate date of filing lawsuit: ______________________________

h. Approximate date of disposition ______________________________

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☒ No

   If your answer is no, explain why not Because the accurance happen to me 2014-2015

3. Is the grievance procedure completed? ☐ Yes ☐ No

   If your answer is no, explain why not ______________________________

   ______________________________

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff Derrick Gray
(print plaintiff's name)

who presently resides at P.O Box 5500 Wasco CA 93280,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

South West Detention Center Murrieta - Riverside County
(institution/city where violation occurred)

on (date or dates) 12-20-14 to 1-20-15, ______________, ______________.
(Claim I) (Claim II) (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant South West Detention Center resides or works at
(full name of first defendant)
Riverside County Jail System
(full address of first defendant)
______________
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Disregarding a individual's concern's of health and safety. And living conditions.

2. Defendant ______________ resides or works at
(full name of first defendant)
______________
(full address of first defendant)
______________
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
______________
______________

3. Defendant ______________ resides or works at
(full name of first defendant)
______________
(full address of first defendant)
______________
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
______________
______________

4. Defendant ______________________________ resides or works at
(full name of first defendant)

______________________________
(full address of first defendant)

______________________________
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

______________________________

______________________________

5. Defendant ______________________________ resides or works at
(full name of first defendant)

______________________________
(full address of first defendant)

______________________________
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

______________________________

______________________________

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

To live in a healthy environment To have functional plumbing That prevents from being septible to life threating hazardous diseases
A Necessities obligated to individuals housed inside Their facility's

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Plumbing, toilets were spewing up urine and deficate (dooky) overflowing in my specific cell and other cells in the housing of Southwest Detention Center with no assistance of staff or the institution to clean up The mess. Me and individuals housed there had to use their own soap, towels to ~~solve~~ clean up The overflow.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Financial compensation definetly for my petition to be heard + granted due to being exposed to possibly catching a circulatory diseases, life threatening germs, hepatitis, Syphalus, and blood crippling adements and for South West and Riverside County's plumbing to be fixed. Thank you.

6-1-17
(Date)

Derrick Gray
(Signature of Plaintiff)

*Return Address*

**Wasco State Prison - Reception Center**

**Name:** Derrick Gray **CDCR#:** AU8092

**Facility:** ______ **Bldg.:** 4 **Cell:** ~~206~~ 207

**P.O. Box:** ______

**Wasco, CA ~~93380~~** 93280

***Inmate Indigent Mail***

neopost
06/08/2017
US POSTAGE $000.67⁰
FIRST-CLASS MAIL
ZIP 93280
041M12251444

AG United States District Court
Central District of California
312 North Spring Street, Room G-8
LA, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 12 2017
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

CLERK, U.S. DISTRICT COURT
SOUTHERN DIVISION
JUN 13 2017
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

6-7-17

Legal mAil

Derrick Gray
FULL NAME

COMMITTED NAME (if different)
P.O Box 5500
FULL ADDRESS INCLUDING NAME OF INSTITUTION
Wasco, CA 93280
AU8092
PRISON NUMBER (if applicable)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Derrick Gray PLAINTIFF, v. South West Detention Center Riverside County Jail System DEFENDANT(S). | CASE NUMBER ~~ED-16-CV-01360-AG~~ *To be supplied by the Clerk* |
| | **CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)* ☒ 42 U.S.C. § 1983 ☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

A. **PREVIOUS LAWSUITS**

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☐ No

2. If your answer to "1." is yes, how many? ________

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

The Description is toilets in South West Section B-4 2014 & Robert Presly Riverside 5th Floor toilets were, spewing up urine & Bile from other cells flushing, clogging, causing me & (Individuals) celled in these cells to clean up the mess with no institutional or staff assistance, no chemical Aid from the institution, or plumbers issued to assist.

a. Parties to this previous lawsuit:
Plaintiff ______________________________

Defendants ______________________________

b. Court ______________________________

c. Docket or case number ED-16-CV-01360-AG

d. Name of judge to whom case was assigned ______________________________

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) ______________________________

f. Issues raised: ______________________________

g. Approximate date of filing lawsuit: ______________________________

h. Approximate date of disposition ______________________________

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☒ No

   If your answer is no, explain why not Becaux I didnt know there was a case about this situation until reading the Desert Sun News Paper March 2017

3. Is the grievance procedure completed? ☐ Yes ☐ No

   If your answer is no, explain why not ______________________________

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff Derrick Gray
(print plaintiff's name)

who presently resides at WSP P.O Box 5500 Wosco, CA 93280,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

______________________________
(institution/city where violation occurred)

on (date or dates) 4-1-13 to 7-10-13 (Claim I), 12-24-14 to 1-19-15 (Claim II), ______ (Claim III).

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant ______ resides or works at
(full name of first defendant)

______
(full address of first defendant)

______
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
Disregarding a individuals concerns of health & safety & living conditions

2. Defendant ______ resides or works at
(full name of first defendant)

______
(full address of first defendant)

______
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

______

______

3. Defendant ______ resides or works at
(full name of first defendant)

______
(full address of first defendant)

______
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

______

______

4. Defendant ______________________________ resides or works at
(full name of first defendant)

______________________________
(full address of first defendant)

______________________________
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

______________________________

______________________________

5. Defendant ______________________________ resides or works at
(full name of first defendant)

______________________________
(full address of first defendant)

______________________________
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

______________________________

______________________________

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

To live in a healthy Environment. To have functional plumbing that prevents from being septible to life threatening hazardous diseases such as hepatitus, liver disease, and immune system deficiencies

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Plumbing, toilets were spewing up urine & bile overflowing into my cell in the housing of 5th floor Robert Presly Detention 2013 & South West Detention Center 2014-2015 with no assistance from the institution of staff to clean up or solve the problem. I had to use personal items and self plumb to solve the situation.

**If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

Financial Compensation. I've been informed there has been financial compensation issued out to 88 other complaints. I feel I'm entitled also due to being subject to the same situation as them, such as diseases, living in that type of circumstance, & having to use self paid items to clean up the situation. And their plumbing to be fixed
Thank you

6-5-17
(Date)

Derrick [signature]
(Signature of Plaintiff)

*Return Address*

**_Wasco State Prison - Reception Center_**

**Name:** Derrick Gray **CDCR#:** AV809

**Facility:** ____ **Bldg.:** 4 **Cell:** ~~208~~ 207

**P.O. Box:** 5500

**Wasco, CA** ~~**93380**~~ 93280

**_Inmate Indigent Mail_**

AG

RECEIVED
CLERK, U.S. DISTRICT COURT
SOUTHERN DIVISION
JUN 13 2017
CENTRAL DISTRICT OF CALIFORNIA

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 12 2017
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

neopost
06/08/2017
US POSTAGE $000.67⁰
FIRST-CLASS MAIL
ZIP 93280
041M12251444

United States District Court
Central District of California
312 North Spring Street, Room G-8
LA, CA 90012

9004234701 0004

[illegible] 6-7-17

Legal Mail.

Derrick Reschard Grey
FULL NAME

COMMITTED NAME (if different)
P.O Box 5500
FULL ADDRESS INCLUDING NAME OF INSTITUTION
Wasco, CA 93280
AV8692
PRISON NUMBER (if applicable)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Derrick Gray PLAINTIFF, v. South West Detention Center Riverside County Jail System DEFENDANT(S). | CASE NUMBER ~~Ed-16-CV-01360-AG~~ *To be supplied by the Clerk* |
| | **CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)* ☒ 42 U.S.C. § 1983 ☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

A. **PREVIOUS LAWSUITS**

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? ____________

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

The Discription is toilets in Southwest section B-4 2014 and Robert Presly, Riverside, 5th floor toilets were clogging, spewing up urine and Bile ~~defikit~~ from other cells flushing their toilets. Causing me (individuals) celled in those cells to clean up the mess, with no staff assistance, chemical aid from the institution, or plumbers issued out to try to solve the problem.

a. Parties to this previous lawsuit:
Plaintiff ______

Defendants ______

b. Court ______

c. Docket or case number ED-16-CV-01360-AG

d. Name of judge to whom case was assigned ______

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) ______

f. Issues raised: ______

g. Approximate date of filing lawsuit: ______

h. Approximate date of disposition ______

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☒ No

   If your answer is no, explain why not Because I didn't Know there was a case about this situation until reading the Desert Sun News Paper March 2017

3. Is the grievance procedure completed? ☐ Yes ☐ No

   If your answer is no, explain why not ______

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff Derrick Gray
(print plaintiff's name)

who presently resides at Wosco State Prison P.O Box 5500 Wasco, CA 93280,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

South West & Robert Presly Riverside, CA
(institution/city where violation occurred)

on (date or dates) 4-1-13 to 7-10-13 (Claim I), 12-24-2014 (Claim II), ______ (Claim III).

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant ______ resides or works at
(full name of first defendant)

______
(full address of first defendant)

______
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Disregarding a individuals concern's of health & safety, and living conditions.

2. Defendant ______ resides or works at
(full name of first defendant)

______
(full address of first defendant)

______
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

______

______

3. Defendant ______ resides or works at
(full name of first defendant)

______
(full address of first defendant)

______
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

______

______

4. Defendant ______________________________ resides or works at
(full name of first defendant)

______________________________
(full address of first defendant)

______________________________
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

______________________________

______________________________

5. Defendant ______________________________ resides or works at

(full name of first defendant)

______________________________
(full address of first defendant)

______________________________
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

______________________________

______________________________

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

To live in a healthy Environment. To have functional plumbing That prevents from being Septible to life Threatening hazardous diseases such as hepatitus, liver disease, and immune system diffciency's.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Plumbing, toilets, were spewing up urine and Bile overflowing into my cell in the housing of Southwest Detention Center, and Robert Presly Detention Center 2013 & 2014 with no assistance from staff or the institution to clean up or solve the problem. I tried to use personal soap and towels and plumb the toilet on my own.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Financial compensation. I've been informed there has been financial compensation issued out to 88 complaints, I feel I'm entitled also due to personal be subject to ~~due~~ diseases, living in that type of circumstance, and having to use self paid items to clean up the situation. And their plumbing to fixed. Thank you

6-5-17
(Date)

Derrick Gray
(Signature of Plaintiff)