JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK GRAY, | ) Case No. ED CV 17-1186-DSF (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| SOUTHWEST DETENTION CENTER, | ) |
| Defendant. | ) |

Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed without prejudice.

Dated: 1/30/18

*Dale S. Fischer*

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE